IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICHARD CASTER,                                    CIVIL NO.: 6:12-CV-02310-TC

          Plaintiff

            v.

COMMISSIONER of                                            ORDER
Social Security Administration

          Defendant.

As authorized by 28 U.S.C. § 2412 and 1920 and subject to the terms of the stipulation of the parties, it is hereby ORDERED that the attorney fees in the amount of $6,043.00 and expenses in the amount of $20.40 for certified mailings be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 S.Ct.2521 (2010) and Tobeler v. Colvin, 749 F.3d 830 (9th Cir. 2014).

IT IS SO ORDERED this 8 day of ~~December, 2014.~~ January 2015

_____
THOMAS M. COFFIN
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

/s/ Marlene R. Yesquen
MARLENE R. YESQUEN   OSB#065624
BLACK, CHAPMAN, WEBBER & STEVENS
221 Stewart Ave., Suite #209
Medford, OR  97501
      Attorney for Plaintiff

- 1 - ORDER

BLACK, CHAPMAN, WEBBER & STEVENS
ATTORNEYS AT LAW
221 Stewart Ave., #209
MEDFORD, OREGON 97501
Phone: (541) 772-9850  Fax: (541) 779-7430
stevens@blackchapman.com